IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ALLEN B. MORRIS      ) | |
| **Debtor(s)**      ) | CHAPTER 13 |
| ) | |
| AMERICREDIT FINANCIAL SERVICES,  ) | CASE NO. 17-10740-REF |
| INC., dba GM FINANCIAL      ) | |
| **Moving Party**      ) | 11 U.S.C. 362 |
| v.      ) | |
| ) | 11 U.S.C. 1301 |
| ALLEN B. MORRIS      ) | |
| ALINA LACHE MORRIS      ) | HEARING DATE: **7-13-17 at 9:30 AM** |
| **Respondent(s)**      ) | |
| ) | |
| FREDERICK L. REIGLE      ) | |
| **Trustee**      ) | |

## ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of AmeriCredit Financial Services, Inc. dba GM Financial, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of section 1301 are vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2015 Mitsubishi Mirage** bearing vehicle identification number ML32A4HJ1FH059050 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

BY THE COURT:

**Date: July 14, 2017**

RICHARD E. FEHLING
BANKRUPTCY JUDGE