UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

In re:  Allen B. Morris	Case No. 17-10740-REF

FIRST AMENDED CHAPTER 13 PLAN

(If this form is used by joint debtors wherever the word "debtor" or words referring to debtor are used they shall be read as if in plural).

Earnings of Debtor submitted to the control and supervision of Frederick L. Reigle, Esquire, Chapter 13 Trustee as follows: Debtor to pay the Trustee the total sum of SIXTY FIVE THOUSAND ONE HUNDRED FORTY THREE DOLLARS and TEN CENTS ($65,143.10) over a period of sixty months (60.  Debtor to receive credit for monies paid to the Trustee to date in the amount of $2100 through August 2017.  Starting in September 2017, Debtor to pay the Trustee $350.00 per month for 16 months.  Then, starting in January 2019, Debtor to pay the Trustee $1,511.66 for the balance of the Plan which represents 38 months.

From the payments so received, the Trustee shall make disbursements as follows:

A. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507, as follows:

I. Trustee's commissions.

II. Approved attorney's fees for services rendered by Mendelsohn & Mendelsohn, P.C. in this Bankruptcy proceeding in the amount of $3,375.00.

B. Holders of allowed secured claims shall be provided for as follows:

I. New Penn Financial, LLC dba Shellpoint Mortgage - for the real estate located at 12 Primrose Lane, Reading, PA. Proof of claim #5, Pre-petition arrears in the amount of $52,769.07 shall be paid through the Chapter 13 Plan. Post-petition payments will be made directly to lender.

II. Santander Consumer USA - for the 2010 GMC Terrain –Proof of claim #1, pre-petition arrears in the amount of $123.48 and post-petition arrears in the amount of $3,012.67 shall be paid via the Plan.   Post-petition payments starting in September 2017 will be made directly to lender and will not be funded in the Chapter 13 Plan.

III. Americredit Financial Services – Proof of claim #2 for the 2015 Mitsubishi Mirage – Debtor to surrender the car and will not make Post-petition payments directly to lender or via the Chapter 13 Plan.

IV. Consumer Portfolio Services, Inc. Proof of claim # 3 for the Mitsubishi Outlander- post petition payments shall be paid directly to lender and are not funded in this Plan.

C. Dividends to unsecured creditors shall be paid pro rata.

Title to the debtor's property shall revest in the debtor on confirmation of a plan - upon dismissal of the case after confirmation pursuant to 11 U.S.C. 350

Dated: September 11, 2017				/s/ Allen B. Morris

	Debtor

Acceptance may be mailed to	/s/ Brenna H. Mendelsohn 637 Walnut Street, Reading, PA 19601