IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ALLEN B. MORRIS ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | CASE NO. 17-10740-REF |
| **Moving Party** ) | |
| v. ) | 11 U.S.C. 362 |
| ) | |
| ALLEN B. MORRIS ) | 11 U.S.C. 1301 |
| ANGELITA MORRIS ) | |
| **Respondent(s)** ) | HEARING DATE: **8-17-17 at 9:30 AM** |
| ) | |
| FREDERICK L. REIGLE ) | |
| **Trustee** ) | |
| ) | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtors in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about September 21, 2017 in the above matter is APPROVED.

BY THE COURT:

**Date: September 25, 2017**    _R NME _____

_____
UNITED STATES BANKRUPTCY JUDGE