## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Allen B. Morris            :        Chapter 13
            Debtor           :
                             :        Bankruptcy No. 17-10740-**ref**

## ADDENDUM TO FIRST AMENDED CHAPTER 13 PLAN

Debtor, Allen B. Morris, by and through his counsel, Brenna H. Mendelsohn, Esquire and Mendelsohn & Mendelsohn, P.C. hereby files this Addendum to First Amended Chapter 13 Plan and in support thereof, Plan funding should be:

Earnings of Debtor submitted to the control and supervision of Frederick L. Reigle, Esquire, Chapter 13 Trustee as follows: Debtor to pay the Trustee the total sum of SIXTY FIVE THOUSAND TWO HUNDRED EIGHTY SIX DOLLARS and SEVENTY TWO CENTS ($65,286.72) over a period of sixty months (60. Debtor to receive credit for monies paid to the Trustee to date in the amount of $2,100 through August 2017. Starting in September 2017, Debtor to pay the Trustee $350.00 per month for 16 months. Then, starting in January 2019, Debtor to pay the Trustee $1,515.44 for the balance of the Plan which represents 38 months.

                                                        Respectfully Submitted,

Dated: November 2, 2017            By:    /s/ *Brenna H. Mendelsohn*
                                                           Brenna H. Mendelsohn, Esquire
                                                           Attorney for Debtor