Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    ALLEN MORRIS<br>        DEBTOR<br><br>NEW PENN FINANCIAL LLC D/B/A<br>SHELLPOINT MORTGAGE SERVICING<br>        MOVANT<br>V.<br>ALLEN MORRIS<br>        DEBTOR<br><br>ANGELITA MORRIS<br>    NON-FILING CO-MORTGAGOR | CHAPTER: 13<br><br>BANKRUPTCY CASE: 17-10740-REF<br><br>JUDGE: RICHARD E.FEHLING |

**ORDER APPROVING STIPULATION/CONSENT ORDER**

AND NOW, upon consideration of the Stipulation between Debtor and New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

**Date: February 2, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE

MFR – APO/STIP BF