United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 17-10740-ref
Allen B. Morris                                                    Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: SaraR              Page 1 of 1            Date Rcvd: Feb 02, 2018
                         Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2018.
db         +Allen B. Morris,   12 Primrose Lane,   Reading, PA 19608-9379
cr         +Santander Consumer USA Inc.,   P.O. Box 562088,   Suite 900 North,   Dallas, TX 75356-2088

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2018                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2018 at the address(es) listed below:
           BRENNA HOPE MENDELSOHN    on behalf of Debtor Allen B. Morris tobykmendelsohn@comcast.net
           CHRISTOPHER M. MCMONAGLE    on behalf of Creditor   New Penn Financial LLC d/b/a Shellpoint
            Mortgage Servicing cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
           FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
           JILL  MANUEL-COUGHLIN    on behalf of Creditor   FEDERAL HOME LOAN MORTGAGE CORPORATION
            jill@pkallc.com,
            chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
            ecf_frpa@trustee13.com
           MATTEO SAMUEL WEINER    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
           WILLIAM EDWARD CRAIG    on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM
            Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
           WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA Inc.
            ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                     TOTAL: 9

Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    ALLEN MORRIS<br>        DEBTOR<br><br>NEW PENN FINANCIAL LLC D/B/A<br>SHELLPOINT MORTGAGE SERVICING<br>        MOVANT<br>V.<br>ALLEN MORRIS<br>        DEBTOR<br><br>ANGELITA MORRIS<br>        NON-FILING CO-MORTGAGOR | CHAPTER: 13<br><br>BANKRUPTCY CASE: 17-10740-REF<br><br>JUDGE: RICHARD E. FEHLING |

## ORDER APPROVING STIPULATION/CONSENT ORDER

      AND NOW, upon consideration of the Stipulation between Debtor and New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

**Date: February 2, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE

MFR – APO/STIP BF