## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   Allen B. Morris, | : | Chapter 13 |
| Debtor | : | Bankruptcy No. 17-10740-ref |

## CERTIFICATE OF SERVICE

    I, Brenna H. Mendelsohn, hereby certify that on this 7th day of February 2018, I served, or caused to be served, a true and correct copy of the Supplemental Application for Compensation upon all interested parties, including any creditors listed on the Matrix, any Creditor that filed for notice on Pacer, the Chapter 13 Trustee and the United States Trustee by either electronic filing, if available, or first class mail, postage paid.

                                                    Respectfully Submitted,

Dated: February 7, 2018          By:    /s/ *Brenna H. Mendelsohn*
                                                     Brenna H. Mendelsohn, Esquire