# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  Allen B. Morris, | : | Chapter 13 |
| Debtor | : | Bankruptcy No. 17-10740-ref |

## **ORDER**

AND NOW, upon the consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, and after notice and opportunity for hearing, it is hereby ORDERED and DECREED that the Second Amended Chapter 13 Plan is CONFIRMED.

BY THE COURT:

**Date: February 22, 2018**

_____
Richard E. Fehling
United States Bankruptcy Judge