United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-10740-ref
Allen B. Morris                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa              Page 1 of 1         Date Rcvd: Feb 22, 2018
                        Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2018.
db        +Allen B. Morris,   12 Primrose Lane,   Reading, PA 19608-9379
cr        +Santander Consumer USA Inc.,   P.O. Box 562088,   Suite 900 North,   Dallas, TX 75356-2088

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2018 at the address(es) listed below:
         BRENNA HOPE MENDELSOHN    on behalf of Debtor Allen B. Morris tobykmendelsohn@comcast.net
         CHRISTOPHER M. MCMONAGLE    on behalf of Creditor   New Penn Financial LLC d/b/a Shellpoint
        Mortgage Servicing cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         JILL  MANUEL-COUGHLIN    on behalf of Creditor    FEDERAL HOME LOAN MORTGAGE CORPORATION
        jill@pkallc.com,
        chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
        ecf_frpa@trustee13.com
         MATTEO SAMUEL WEINER    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM EDWARD CRAIG    on behalf of Creditor   AmeriCredit Financial Services, Inc. dba GM
        Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
         WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA Inc.
        ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                                                  TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:   Allen B. Morris, | : | Chapter 13 |
| Debtor | : | Bankruptcy No. 17-10740-ref |

**ORDER**

AND NOW, upon the consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, and after notice and opportunity for hearing, it is hereby ORDERED and DECREED that the Second Amended Chapter 13 Plan is CONFIRMED.

BY THE COURT:

**Date: February 22, 2018**

_____
Richard E. Fehling
United States Bankruptcy Judge