**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

IN RE:                                                 Case No. 17-10740-ref
                                                               Chapter 13

ALLEN B. MORRIS

Debtor(s).

## **NOTICE OF APPEARANCE**

**New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Christopher M. McMonagle, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

                                           By:     */s/ Christopher M. McMonagle, Esquire*
                                                     Christopher M. McMonagle, Esquire,
                                                     Bar No: 316043
                                                     Stern & Eisenberg, PC
                                                     1581 Main Street, Suite 200
                                                     The Shops at Valley Square
                                                     Warrington, PA 18976
                                                     Phone: (215) 572-8111
                                                     Fax: (215) 572-5025
                                                     cmcmonagle@sterneisenberg.com
                                                     Attorney for Creditor

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance has been sent by electronic means via the Court's CM/ECF notification system this 14th day of June, 2018, to the following:

Brenna Hope Mendelsohn
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601
tobykmendelsohn@comcast.net
*Attorney for Debtor(s)*

Frederick L. Reigle
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
ecfmail@fredreiglech13.com
*Chapter 13 Trustee*

and by standard first class mail postage prepaid to:

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
*U.S. Trustee*

Allen B. Morris
12 Primrose Lane
Reading, PA 19608
*Debtor(s)*

                                              By:    */s/Christopher M. McMonagle, Esquire*