## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

IN RE:                                              Case No. 17-10740-ref
                                                    Chapter 13
ALLEN MORRIS

Debtor(s).

## NOTICE OF APPEARANCE

**New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Christopher M. McMonagle, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   _/s/ Christopher M. McMonagle, Esquire_
Christopher M. McMonagle, Esquire,
Bar No: 316043
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
cmcmonagle@sterneisenberg.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 19 day of June, 2018, to the following:

Brenna Hope Mendelsohn
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601
tobykmendelsohn@comcast.net
***Attorney for Debtor(s)***

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
ecfmail@fredreiglech13.com
***Chapter 13 Trustee***

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Allen Morris
12 Primrose Ln
Reading, PA 19608
***Debtor(s)***

          By:   */s/ Christopher M. McMonagle, Esquire*
          Christopher M. McMonagle, Esquire,
          Bar No: 316043
          Stern & Eisenberg, PC
          1581 Main Street, Suite 200
          The Shops at Valley Square
          Warrington, PA 18976
          Phone: (215) 572-8111
          Fax: (215) 572-5025
          cmcmonagle@sterneisenberg.com
          Attorney for Creditor