*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Allen B. Morris
    Debtor(s)

Case No: 17–10740–ref
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Debtor's Response to Certification of Default filed by Creditor New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing.

    on: 8/23/18

    at: 09:30 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 7/31/18

Timothy B. McGrath
Clerk of Court