UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Allen B. Morris, | CHAPTER 13 |
| Debtor | CASE NO. 17-10740-ref |

Santander Consumer USA

Movant

vs.

Allen B. Morris,

Debtor

William C. Miller Trustee

ANSWER TO CERTIFICATION OF DEFAULT OF SANTANDER CONSUMER USA FOR RELIEF FROM AUTOMATIC STAY

Debtor, by and through his attorney, Brenna Hope Mendelsohn, Esquire, hereby responds to this Certification of Default of Santander Consumer USA as follows:

1. Debtor avers that payments under the Stipulation filed with this Honorable Court will be current by the hearing date and respectfully requests this Honorable Court conduct a Hearing with respect to the default.

                        Respectfully Submitted,

Dated: August 22, 2018         By: /s/ Brenna H. Mendelsohn
                                         Brenna H. Mendelsohn, Esquire
                                         Attorney for Debtor