UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Allen B. Morris,                                    Bankruptcy No. 17-10740-ref

Debtor                                                           Chapter 13

CERTIFICATE OF SERVICE

I, Brenna H. Mendelsohn, hereby certify that on this 22nd day of August 2018, I served, or caused to be served, a true and correct copy of the Response to Certification of Default upon all interested parties, including any creditors listed on the Matrix, any Creditor that filed for notice on Pacer, the Chapter 13 Trustee and the United States Trustee by either electronic filing, if available, or first class mail, postage paid.

                                                  Respectfully Submitted,

Dated: August 22, 2018                              By: /s/ Brenna H. Mendelsohn

                                                  Brenna H. Mendelsohn, Esquire