United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-10740-ref
Allen B. Morris                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4           User: SaraR                 Page 1 of 1                  Date Rcvd: Aug 24, 2018
                               Form ID: 167                Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2018.
db         +Allen B. Morris,    12 Primrose Lane,   Reading, PA 19608-9379
cr         +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    PO BOX 10826,    GREENVILLE, SC 29603-0826
cr         +Santander Consumer USA Inc.,    P.O. Box 562088,   Suite 900 North,    Dallas, TX 75356-2088

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
              Greenville, SC  29603-0826
                                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2018 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Allen B. Morris tobykmendelsohn@comcast.net
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor   New Penn Financial LLC d/b/a Shellpoint
               Mortgage Servicing cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    FEDERAL HOME LOAN MORTGAGE CORPORATION
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor   New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Allen B. Morris
    Debtor(s)

Case No: 17–10740–ref
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Debtor's Response to Certification of Default filed by Creditor Santander Consumer USA Inc. Filed by Allen B. Morris

    on: 9/13/18

    at: 09:30 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 8/24/18

Timothy B. McGrath
Clerk of Court

77 – 75
Form 167