Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    ALLEN MORRIS<br>        DEBTOR<br><br>NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING<br>      MOVANT<br>V.<br>ALLEN MORRIS<br>      DEBTOR<br><br>ANGELITA MORRIS<br>    NON-FILING CO-MORTGAGOR | CHAPTER: 13<br><br>BANKRUPTCY CASE: 17-10740-REF<br><br>JUDGE: RICHARD E.FEHLING |

**PRAECIPE TO WITHDRAW CERTIFICATION OF DEFAULT OF
NEW PENN FINANCIAL LLC D/B/A SHELLPOINT MORTGAGE SERVICING
WITH RESPECT TO PROPERTY:   12 PRIMROSE LN, READING, PA 1960**

Kindly withdraw the Certification of Default of **New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing.** without prejudice.

                              Respectfully Submitted:

                              Stern & Eisenberg, PC

By:      <u>/s/ Christopher M. McMonagle, Esq.</u>
           Christopher M. McMonagle, Esquire
           Stern & Eisenberg, PC
           1581 Main Street, Suite 200
           The Shops at Valley Square
           Warrington, PA 18976
           Phone:  (215) 572-8111
           Facsimile:  (215) 572-5025
           Bar Number:  316043
           cmcmonagle@sterneisenberg.com

Date:  August 31, 2018

Christopher M. McMonagle, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    ALLEN MORRIS<br>            DEBTOR<br><br>NEW PENN FINANCIAL LLC D/B/A<br>SHELLPOINT MORTGAGE SERVICING<br>            MOVANT<br>V.<br>ALLEN MORRIS<br>            DEBTOR<br><br>ANGELITA MORRIS<br>        NON-FILING CO-MORTGAGOR | CHAPTER: 13<br><br>BANKRUPTCY CASE: 17-10740-REF<br><br>JUDGE: RICHARD E.FEHLING |

**CERTIFICATE OF SERVICE**

    I, Christopher M. McMonagle, hereby certify that a true and correct copy of the within Praecipe to Withdraw Certification of Default of New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing, together with this Certificate, was sent to the Debtor, Debtor's Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on August 31, 2018, via First Class Mail or electronic notification.

Allen Morris
12 Primrose Ln
Reading, PA 19608

Angelita Morris
12 Primrose Lane
Reading, PA 19608

Frederick L. Reigle
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Brenna H. Mendelsohn
637 Walnut Street
Reading, PA 19601

    Respectfully Submitted:
    Stern & Eisenberg, PC

    By: /s/ Christopher M. McMonagle, Esq.
    Christopher M. McMonagle, Esq.,
    1581 Main Street, Suite 200
    The Shops at Valley Square
    Warrington, PA 18976
    Phone: (215) 572-8111
    Fax: (215) 572-5025
    Bar Number: 316043
    Email: cmcmonagle@sterneisenberg.com

Date: August 31, 2018