UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
ALLEN B. MORRIS,                                    :     Case No. 17-10740 REF
      *Debtor*                              :     Chapter 13
                                                    :

### ORDER TO SHOW CAUSE WHY RESPONSE SHOULD NOT BE DISMISSED

Upon the failure of the parties to file an appropriate stipulation in settlement of the Response to Certification of Default filed by Creditor Santander Consumer USA Inc. filed by the Debtor, on February 15, 2019, (the "Response"),

IT IS HEREBY ORDERED that movant shall show cause why the Response should not be dismissed, which show cause hearing shall be held as follows:

**U.S. Bankruptcy Court - E.D. Pa.**
**Third Floor, The Madison**
**400 Washington Street**
**Reading, Pennsylvania, 19601**

**on:**    Thursday, May 30, 2019

**at:**    9:30 a.m. prevailing time.

BY THE COURT

**Date: May 14, 2019**

_____
Richard E. Fehling,
Chief United States Bankruptcy Judge