IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ALLEN B. MORRIS ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | CASE NO. 17-10740-REF |
| **Moving Party** ) | |
| v. ) | 11 U.S.C. 362 |
| ) | |
| ALLEN B. MORRIS ) | 11 U.S.C. 1301 |
| ANGELITA MORRIS ) | |
| **Respondent(s)** ) | HEARING DATE: **4-4-19 at 9:30 AM** |
| ) | |
| SCOTT WATERMAN ) | |
| **Trustee** ) | |
| ) | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Certificate Of Default, and filed on or about May 15, 2019 in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: May 22, 2019**

_____
UNITED STATES BANKRUPTCY JUDGE