United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-10740-ref
Allen B. Morris                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR            Page 1 of 1            Date Rcvd: May 22, 2019
                              Form ID: pdf900        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2019.
db             +Allen B. Morris,    12 Primrose Lane,    Reading, PA 19608-9379
cr             +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    PO BOX 10826,    GREENVILLE, SC 29603-0826
cr             +NewRez LLC DBA Shellpoint Mortgage Servicing,    NewRez LLC DBA Shellpoint Mortgage Servi,
                 P.O. Box 10826,    GREENVILLE, SC 29603-0826
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    c/o Shellpoint Mortgage Servicing,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826
cr             +Santander Consumer USA Inc.,    P.O. Box 562088,    Suite 900 North,    Dallas, TX 75356-2088

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                  Greenville, SC   29603-0826
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2019 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN   on behalf of Debtor Allen B. Morris tobykmendelsohn@comcast.net
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor   New Penn Financial LLC d/b/a Shellpoint
               Mortgage Servicing cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    FEDERAL HOME LOAN MORTGAGE CORPORATION
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
                Servicing wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                             TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ALLEN B. MORRIS ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | CASE NO. 17-10740-REF |
| **Moving Party** ) | |
| v. ) | 11 U.S.C. 362 |
| ) | |
| ALLEN B. MORRIS ) | 11 U.S.C. 1301 |
| ANGELITA MORRIS ) | |
| **Respondent(s)** ) | HEARING DATE: **4-4-19 at 9:30 AM** |
| ) | |
| SCOTT WATERMAN ) | |
| **Trustee** ) | |
| ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Certificate Of Default, and filed on or about May 15, 2019 in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: May 22, 2019**

_____
UNITED STATES BANKRUPTCY JUDGE