UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

ALLEN B. MORRIS

           Debtor(s)
: Bankruptcy No. 17-10740REF
: Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Ashely M. Chan
United States Bankruptcy Judge

**Date: August 22, 2019**

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

BRENNA H MENDELSOHN ESQ
MENDELSOHN & MENDELSOHN PC
637 WALNUT ST
READING PA 19601-

ALLEN B. MORRIS
12 PRIMROSE LANE
READING,PA.19608