```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                  Case No. 17-10740-amc
Allen B. Morris                                                         Chapter 13
         Debtor                         CERTIFICATE OF NOTICE
District/off: 0313-4           User: Christina              Page 1 of 2              Date Rcvd: Aug 22, 2019
                               Form ID: pdf900              Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2019.
db             +Allen B. Morris,    12 Primrose Lane,    Reading, PA 19608-9379
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +New Penn Financial, LLC d/b/a Shellpoint Mortgage,    PO BOX 10826,    GREENVILLE, SC 29603-0826
cr             +NewRez LLC DBA Shellpoint Mortgage Servicing,    NewRez LLC DBA Shellpoint Mortgage Servi,
                 P.O. Box 10826,    GREENVILLE, SC 29603-0826
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    c/o Shellpoint Mortgage Servicing,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826
cr             +Santander Consumer USA Inc.,    P.O. Box 562088,    Suite 900 North,    Dallas, TX 75356-2088
13860574       +Consumer Portfolio Svc,    Attn: Bankruptcy,   19500 Jamboree Rd,    Irvine, CA 92612-2411
13860576       +Fed Loan Sevicing,    Po Box 69184,    Harrisburg, PA 17106-9184
13860579       +Keystone Col,    220 North Duke Str,    Lancaster, PA 17602-2710
13983475       +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
14123098       +New Penn Financial LLC,    d/b/a Shellpoint Mortgage Servicing,    c/o Stern & Eisenberg PC,
                 1581 Main Street, Suite 200,    Warrington, PA 18976-3403
13966610        New Penn Financial LLC d/b/a Shellpoint Mortgage S,    PO Box 10826,    Greenville, SC 29603-0826
14172895       +New Penn Financial, LLC,    d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826
13860581       +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
13956830        U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
                 Harrisburg PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2019 03:09:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 23 2019 03:09:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13865967       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 23 2019 03:09:26
                 AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13860573       +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Aug 23 2019 03:09:26
                 AmeriCredit/GM Financial,    Po Box 183853,   Arlington, TX 76096-3853
13921742       +E-mail/Text: bankruptcy@consumerportfolio.com Aug 23 2019 03:09:52
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,   IRVINE, CA. 92619-7071
13860575       +E-mail/Text: bankruptcy.bnc@ditech.com Aug 23 2019 03:09:26     Ditech,    Attn: Bankruptcy,
                 Po Box 6172,   Rapid City, SD 57709-6172
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13860580        Payliance
cr*             New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10826,
                 Greenville, SC  29603-0826
14052893*      +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
14259314*      +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
                                                                                                TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                       Signature:  /s/Joseph Speetjens

```
District/off: 0313-4           User: Christina             Page 2 of 2                   Date Rcvd: Aug 22, 2019
                               Form ID: pdf900             Total Noticed: 25
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2019 at the address(es) listed below:

```
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Allen B. Morris tobykmendelsohn@comcast.net
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    New Penn Financial LLC d/b/a Shellpoint
               Mortgage Servicing cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    FEDERAL HOME LOAN MORTGAGE CORPORATION
               jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc. dba GM
               Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    New Penn Financial, LLC d/b/a Shellpoint Mortgage
               Servicing wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

ALLEN B. MORRIS

                                    : Bankruptcy No. 17-10740REF
      Debtor(s)                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

_____
Ashely M. Chan
United States Bankruptcy Judge

**Date: August 22, 2019**

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

BRENNA H MENDELSOHN ESQ
MENDELSOHN & MENDELSOHN PC
637 WALNUT ST
READING PA 19601-

ALLEN B. MORRIS
12 PRIMROSE LANE
READING,PA.19608